# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

134619

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CITY OF MADISON HEIGHTS and
MICHIGAN MUNICIPAL RISK
MANAGEMENT AUTHORITY, as
subrogee of City of Madison Heights,
            Plaintiffs-Appellants,

v                                                    SC:  134619
                                                     COA:  266333
                                                     Oakland CC:  2004-055598-CZ
ELGIN SWEEPER COMPANY,
FEDERAL SIGNAL CORPORATION,
and BELL EQUIPMENT COMPANY,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the May 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007

_____
                                  Clerk

s1219